UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVOON SOURI, RAMY SOURI )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>INVESTMENT RETRIEVERS, INC. )<br>    Defendant, )<br>) | Civil Action No. 1:13-cv-11378-JLT |

## NOTICE OF SETTLEMENT

    NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: July 16, 2013

                            RESPECTFULLY SUBMITTED:

                            /s/ Kevin V. K. Crick
                            Kevin V. K. Crick, Esq.
                            Consumer Rights Law Firm, PLLC
                            300 Brickstone Square, Suite 902
                            Andover, MA 01810
                            Phone: (978) 212-3300
                            Fax: (978) 409-1846
                            Email: kevinc@consumerlawfirmcenter.com
                            Attorney for Plaintiffs

**PROOF OF SERVICE**

I hereby certify that on July 16, 2013, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

/s/ Kevin V. K. Crick, Esq.